# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134308-9

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 134308-9
                              COA: 271104, 272736
                              Shiawassee CC: 00-004893-FH
                                                    00-004894-FH

DURAND CLINIC, P.C.,
        Defendant,

and

JASON HOLLADY,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 18, 2007 orders of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007                                               
                                                       Clerk

s1119